# United States District Court
# District of New Hampshire



FILED – USDC-NH
2020 MAY 15 PM 12:05

__Warren Picard__
Plaintiff

v.

__Officer Ciulla__
Defendant(s)

Civil Action No. _____
(To be provided by Clerk's Office)

**TO BE COMPLETED BY PLAINTIFF**
(Check One Only)
(✓) DEMAND FOR JURY TRIAL
(__) NO JURY TRIAL DEMAND

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

I. <u>Parties</u>

   A. Please provide the following information for each plaintiff:

   1. Name __Picard__    __Warren__    __R__
      (Last)            (First)        (Initial)

   2. Place of Detention __Not in Detention__

   3. ~~Institutiona~~l Address __30 Ledge St. #7 Nashua N.H.__
      _____

   4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

      ☐ Pretrial Detention Order (crossed out)
      ☐ Sentenced Inmate (crossed out)

   5. Date pretrial detention order was issued or sentence imposed __X__

B. Please provide the full name, current title and address known for each defendant:

1. Name  **Ciulla**  /  **?**  /  **?**
   (Last)            (First)         (Initial)

2. Title  **Nashua Police Officer**

3. Address  **Riverside Dr. / Nashua N.H.**

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II. Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.

2. State which defendant(s) have violated that particular right for each allegation.

3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.

4. State the harm or damage that resulted from the alleged violation or deprivation.

Allegation 1:  **1st Amendment / 4th Amendment / 8th Amendment —**

Supporting Facts: **On 1/4/2019, Plaintiff, Warren Picard, was on the "RR Trial" in Nashua N.H. and had a "open container". Officer Ciulla of the Nashua Police Dept and Plaintiff had words back and forth witch ended up with Plaintiff getting arrested. While being arrested Ciulla placed Plaintiff in handcuffs and put Plaintiff against his SUV, police vehicle. Plaintiff turned his head towards Ciulla and asked why he was being arrested. Defendant smashed Picard's head off the top of SUV twice. Plaintiff was seriously injured with two cuts to his head requiring 15 stitches to his forehead.**

USDCNH-11 (Rev. 5/13)(previous editions obsolete)                                Page 4

Allegation 2: _____
_____
Supporting *Facts*:




Allegation 3: _____
_____
Supporting Facts:




(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III.  Relief

You must request specific relief in your Complaint. State briefly exactly what you want the court to do for you (attach additional pages if necessary):

Plaintiff is requesting a trial to prove He did not "resist" arrest, and prove excessive force was used in the arrest.

Date: 5/9/20                                    _____Warren Pierce_____
                                                       Signature of Plaintiff

USDCNH-11 (Rev. 5/13)(previous editions obsolete)          Page 5

State of New Hampshire      ]
                            ]  ss
County of __Hillsborough__  ]

_____, being first duly sworn, upon oath, presents that (s)he has read and subscribed to the foregoing complaint, and states that the information contained therein is true and correct.

Subscribed and sworn before me this _____ day of _____, 20___..

_____
Notary Public/Justice of the Peace

**OR**

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.

__5/9/20__                    __[signature]__
DATE                          SIGNATURE

**JURY TRIAL DEMAND**

I demand a jury trial for all claims for which a jury trial is allowed.

YES (✓)    NO (__)
**(check one only)**

Date: __5/9/20__              __[signature]__
                              Signature of Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

FILED - USDC-NH
2020 MAY 15 PM 12:05

Plaintiff(s): Warren R Picard

v.

Defendant(s): Nashua Police Officer Ciulla

COMPLAINT

## Parties to this Complaint

Plaintiff(s)'s Name, Address and Phone Number

Warren Picard
30 Ledge St. #M Nashua NH 03060
(603) 320-2469

Defendant(s)'s Name, Address and Phone Number

Officer Ciulla
1 Riverside Do Ro Nashua NH
"Nashua Police Dept"

**Jurisdiction and Venue:**
(Explain why your case is being filed in federal court and why the court is legally
permitted to hear your case. Add additional sheets as necessary.)

Plaintiff is filing this case in the N.H. District Court because excessive ~~court~~ Force was used against him and his 1st, 4th, and 8th Amendment rights were violated in this courts jurisdiction is located.

**Statement of Claim:**
(As briefly as possible, state each claim you have against defendant(s) and state the legal cause of action, facts, and circumstances that gave rise to your claim(s). Add additional sheets as necessary.)

1st Amendment: Plaintiff was assualted by defendant for asking a question to defendant.

4th Amendment: Plaintiff was assualted when in hand cuffs buy defendant.

8th Plaintiff was supjected to cruel and unusual punishment by plaintiffs action of smashing his head of the plaintiffs police suv whitch caused surver injuris for head.

## Jury Demand

☑ Check this box if you are requesting a jury trial (if you want a jury of your peers to decide your case).

☐ Check this box if you are NOT requesting a jury trial (if you want the assigned judge to decide your case).

Date: 5/9/20

Signature: *Warren Floyd*